HENRY M. BRIGHAM ET AL., APPELLANTS, v. HERRICK F. KIDDER, EXECUTOR, ETC., RESPONDENT.

Argued October term, 1924—Decided February 9, 1925.

**Stare Decisis—Case Previously Before Court of Errors and Appeals, Which Had Reversed Judgment Below and Declared There Should Have Been a "Direction the Other Way if Moved For"—Defendant's Motion to Strike Out Complaint, in View of Court of Errors Decision, Correct.**

Before Justices TRENCHARD, MINTURN and LLOYD.

For the appellant, *Hooker I. Coggeshall.*

For the respondent, *Wall, Haight, Carey & Hartpence.*

PER CURIAM.

This is an appeal from a judgment rendered by Judge Dungan, to whom the cause had been referred, striking out a complaint upon the ground that it disclosed no cause of action.

The action was brought against the defendant as the executor of the estate of Camillus G. Kidder, on a lease entered into between the plaintiff and Mr. Kidder, for certain rooms in an office building in New York City. The case was tried originally before the court and jury, and the judge directed a verdict for the plaintiff. On appeal the Court of Errors and Appeals reversed the judgment, declaring that it was not only wrong, but that "in fact there should have been a direction the other way if moved for."

Upon the return of the case for retrial, defendant moved to strike out the complaint, which motion was granted, and that action is the subject-matter of this appeal. We think that, in view of the language of the Court of Errors and Appeals, the action of the trial judge was correct. The conclusion is that, under the lease, the defendant's estate was not liable. The case is one practically of *stare decisis.*

We do not think that the complaint as it stands, which alleges liability upon the lease, would have justified a recovery upon any theory suggested in the briefs of counsel for the appellant.

The judgment will therefore be affirmed.